IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:97CR3051 |
| v. | ) | |
| ANTONIO BROWN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Federal Public Defender David R. Stickman's motion to withdraw (filing no. 108) is granted.

DATED this 14th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge