IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:97CR3051** |
| vs. | |
| ANTONIO BROWN, | **ORDER** |
| Defendant. | |

This matter is continued until February 10, 2021 at 12:00 PM (noon) in Courtroom #2 before Senior Judge Richard G. Kopf in Lincoln, Nebraska.

Defendant is released pursuant to the Special Condition "t" which is added to the terms and conditions of Supervised Release as previously imposed, attached hereto.

     Dated this 9th day of September, 2020.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge

t. You will be monitored by Radio Frequency (RF) Monitoring for a period of 6 months and must abide by all technology requirements. You must pay the costs of participation in the location monitoring program as directed by the court and the probation officer. This form of location monitoring technology shall be utilized to monitor the following restriction on your movement in the community as well as other court-imposed conditions of release:

You must quarantine at your residence for 14 days before the location monitoring will commence. Thereafter, you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention).


Antonio Brown                    9/9/2020
_____              _____
Antonio Brown                    Date