IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:97CR3051 |
| vs. | ORDER |
| ANTONIO BROWN, | |
| Defendant. | |

At the request of the United States Probation Office, and without objection by the parties,

IT IS ORDERED that the Amended Petition for Offender Under Supervision (Filing 127) is dismissed without prejudice. The February 10, 2021 revocation hearing is canceled.

Dated this 8th day of February, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge